```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 40579
    MARION ODELL PLEAS SR
    VIRGIE MARIE PLEAS                          CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6090      SSN XXX-XX-3820

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/02/2004 and was confirmed 01/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was dismissed after confirmation 04/21/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
GMAC MORTGAGE               MORTGAGE ARRE   1117.16            .00         1117.16
LVNV FUNDING LLC            UNSECURED       1172.94            .00          344.92
ECAST SETTLEMENT CORP       UNSECURED       3139.05            .00          923.07
GMAC MORTGAGE               CURRENT MORTG  34233.64            .00        34233.64
AMERICAN EXPRESS TRAVEL     UNSECURED       5327.42            .00         1566.57
SHERMAN ACQUISITION         UNSECURED       5681.21            .00         1670.61
TARGET RETAILERS NATIONA    UNSECURED      NOT FILED           .00             .00
ECAST SETTLEMENT CORP       UNSECURED       8575.68            .00         2521.76
SHERMAN ACQUISITION         UNSECURED       1694.11            .00          498.18
SMC                         UNSECURED       1010.02            .00          287.09
ECAST SETTLEMENT CORP       UNSECURED       2248.10            .00          661.07
SHERMAN ACQUISITION         UNSECURED        624.48            .00          171.35
ECAST SETTLEMENT CORP       UNSECURED      10428.27            .00         3066.53
ECAST SETTLEMENT CORP       UNSECURED       6967.19            .00         2048.76
CREDIT FIRST                UNSECURED        311.04            .00           85.36
SAMS CLUB CREDIT CARD       UNSECURED      NOT FILED           .00             .00
ECAST SETTLEMENT CORP       UNSECURED       2922.52            .00          859.39
SEARS                       UNSECURED      NOT FILED           .00             .00
ROUNDUP FUNDING LLC         UNSECURED        728.53            .00          207.09
ECAST SETTLEMENT CORP       UNSECURED       2089.33            .00          614.38
PETER FRANCIS GERACI        DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                  TRUSTEE                                       3,023.07
DEBTOR REFUND               REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  56,600.00

PRIORITY                                         .00
SECURED                                     35,350.80

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 40579 MARION ODELL PLEAS SR & VIRGIE MARIE PLEAS
```

```
UNSECURED                                            15,526.13
ADMINISTRATIVE                                        2,700.00
TRUSTEE COMPENSATION                                  3,023.07
DEBTOR REFUND                                              .00
                                 ----------------   ----------------
TOTALS                                 56,600.00         56,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
   Dated: 07/22/08               _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```